**FILED**
March 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JACQUELINE CRAFT, ) <br> ) <br> Defendant. ) | Case No. CR.S-08-0145-FCD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JACQUELINE CRAFT, Case No. CR.S-08-0145-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $25,000.00.

    __X__   Unsecured Appearance Bond

    _____   Appearance Bond with Surety

    __X__   (Other) Conditions as stated on the record.

    _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   03/31/08   at 3:35 pm.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge