SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MAISHA PEARL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNIFER MILLER<br>JACQUELINE CRAFT<br>    aka Jackie Craft<br>KHALILAH LATOYA FULLER, and<br>MAISHA PEARL JONES,<br><br>        Defendants. | CASE NO.  2:08-cr-0145 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br><br>DATE:   September 8, 2008<br>TIME:   10:00 a.m.<br>COURT:  Hon. Frank C. Damrell, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for August 4, 2008, may be continued to September 8, 2008, at 10:00 a.m.  Defense counsel for each party is reviewing extensive discovery, including video, conducting investigation and negotiating with the government.  Defense counsel will not be prepared for a meaningful status conference by August 4, 2008.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1     The prosecutor and defense counsel for each defendant have
2 authorized the defense counsel for Maisha Jones to sign this
3 stipulation on their behalf.
4 DATED: July 31, 2008                McGREGOR W. SCOTT
                                      United States Attorney
5
6                                by   /s/ Scott Cameron, for
                                      Russell Carlberg
7                                     Assistant U.S. Attorney

8 DATED: July 31, 2008
                                 by   /s/ Scott Cameron
9                                     Scott Cameron
                                      Counsel for Ms. Jones
10
   DATED: July 31, 2008
11                               by   /s/ Scott Cameron, for
                                      Lindsay Weston
12                                    Counsel for Ms. Fuller

13 DATED: July 31, 2008
                                 by   /s/ Scott Cameron, for
14                                    Michael Long
                                      Counsel for Ms. Miller
15
   DATED: July 31, 2008
16                               by   /s/ Scott Cameron, for
                                      Timothy Zindell
17                                    Counsel for Ms. Craft

18                                Order

19     Good cause appearing,
20     The status conference scheduled for August 4, 2008 is continued
21 to Sept 8, 2008 at 10:00 a.m.
22     Time is excluded from the speedy trial calculation pursuant to 18
23 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation.
24     IT IS SO ORDERED.
25
26
27 DATED: July 31, 2008           _____
                                  FRANK C. DAMRELL, JR.
28                                UNITED STATES DISTRICT JUDGE