```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JACQUELINE CRAFT

 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. 2:08-CR-0145 FCD
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER
14      v.                         ) CONTINUING STATUS CONFERENCE
                                   ) AND EXCLUDING TIME
15  JENNIFER MILLER, JACQUELINE    )
    CRAFT aka Jackie Craft,        ) Date:  September 8, 2008
16  KHALILAH LATOYA FULLER, and    ) Time:  10:00 a.m.
    MAISHA PEARL JONES,            ) Judge: Frank C. Damrell, Jr.
17                                 )
                Defendants.        )
18                                 )
    _____)
19
```

20      IT IS HEREBY STIPULATED AND AGREED between the parties, through
21 undersigned counsel, that the status conference scheduled for September
22 8, 2008 may be continued to October 14, 2008 at 10:00 a.m.
23      This continuance is being requested as each party continues either
24 to review discovery, negotiate, or investigate, and that no person is
25 presently ready to resolve the case or set it for trial.
26      The parties therefore agree that time under the Speedy Trial Act
27 should be excluded from the date of this order through October 14, 2008,
28 ///

1  pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                      Respectfully Submitted,

4                                      DANIEL J. BRODERICK
                                       Federal Defender
5

6  Dated:   September 4, 2008          /s/ T. Zindel
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for JACQUELINE CRAFT
8

9                                      McGREGOR W. SCOTT
                                       United States Attorney
10

11 Dated:   September 4, 2008          /s/ T. Zindel for
                                       RUSSELL CARLBERG
12                                     Assistant U.S. Attorney

13

14 Dated:   September 4, 2008          /s/ T. Zindel for
                                       SCOTT CAMERON
15                                     Counsel for MAISHA PEARL JONES

16
   Dated:   September 4, 2008          /s/ T. Zindel for
17                                     LINDSAY WESTON
                                       Counsel for KHALILAH LATOYA FULLER
18

19 Dated:   September 4, 2008          /s/ T. Zindel for
                                       MICHAEL LONG
20                                     Counsel for JENNIFER MILLER

21

22
                                   **O R D E R**
23
        The status conference is continued to October 14, 2008 at 10:00 a.m.
24
   The court finds that a continuance is necessary for the reasons stated
25
   above and further finds that the ends of justice served by granting a
26
   continuance outweigh the best interests of the public and the defendant
27
   in a speedy trial.  Time is therefore excluded from the date of this
28

1  order through October 14, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv).
3       IT IS SO ORDERED.
4  Dated:   September 4, 2008

Stip & Order                              -3-