DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACQUELINE CRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | No. 2:08-CR-0145 FCD |
|                                         ) | |
|                  Plaintiff,             ) | |
|                                         ) | **STIPULATION AND ORDER** |
|      v.                                 ) | **CONTINUING STATUS CONFERENCE** |
|                                         ) | **AND EXCLUDING TIME** |
| JENNIFER MILLER, JACQUELINE             ) | |
| CRAFT aka Jackie Craft,                 ) | Date:  November 17, 2008 |
| KHALILAH LATOYA FULLER, and             ) | Time:  10:00 a.m. |
| MAISHA PEARL JONES,                     ) | Judge: Frank C. Damrell, Jr. |
|                                         ) | |
|                  Defendants.            ) | |
|                                         ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for November 17, 2008 may be continued to January 12, 2009 at 10:00 a.m.

Defendants are involved in active negotiations to resolve the case without trial, but additional time is needed to resolve issues relating to the final dispositions and to write plea agreements.

The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of this order through January 12, 2009,

///

pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  November 13, 2008           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JACQUELINE CRAFT


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  November 13, 2008           /s/ T. Zindel for
                                    RUSSELL CARLBERT
                                    Assistant U.S. Attorney


Dated:  November 13, 2008           /s/ T. Zindel for
                                    SCOTT CAMERON
                                    Counsel for MAISHA PEARL JONES


Dated:  November 13, 2008           /s/ T. Zindel for
                                    LINDSAY WESTON
                                    Counsel for KHALILAH LATOYA FULLER


Dated:  November 13, 2008           /s/ T. Zindel for
                                    MICHAEL LONG
                                    Counsel for JENNIFER MILLER
```

**O R D E R**

The status conference is continued to January 12, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 12, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 13, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE