```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JACQUELINE CRAFT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>      v.                             )<br>                                     )<br>JACQUELINE CRAFT aka Jackie          )<br>Craft, KHALILAH LATOYA FULLER,       )<br>and MAISHA PEARL JONES,              )<br>                                     )<br>              Defendants.            )<br>                                     )<br>_____)<br>                                     ) | No. 2:08-CR-0145 FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:   January 12, 2009<br>Time:   10:00 a.m.<br>Judge:  Frank C. Damrell, Jr. |

  IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for January 12, 2009 may be continued to February 23, 2009 at 10:00 a.m.

  Counsel for remaining defendants seek additional time to review proposed resolutions.

  The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of this order through February 23, 2009,

///

///

///

1 pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2 (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   January 8, 2009        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JACQUELINE CRAFT


LAWRENCE G. BROWN
Acting United States Attorney

Dated:   January 8, 2009        /s/ T. Zindel for
RUSSELL CARLBERG
Assistant U.S. Attorney


Dated:   January 8, 2009        /s/ T. Zindel for
SCOTT CAMERON
Counsel for MAISHA PEARL JONES


Dated:   January 8, 2009        /s/ T. Zindel for
LINDSAY WESTON
Counsel for KHALILAH LATOYA FULLER

**O R D E R**

The status conference is continued to February 23, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 23, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 8, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                                    -2-