DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACQUELINE CRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACQUELINE CRAFT aka Jackie Craft, KHALILAH LATOYA FULLER, and MAISHA PEARL JONES, <br><br> Defendants. | No. 2:08-CR-0145 FCD <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  February 23, 2009 <br> Time:  10:00 a.m. <br> Judge: Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for February 23, 2009 may be continued to May 11, 2009 at 10:00 a.m.

    Counsel for remaining defendants seek additional time to review proposed resolutions. Also co-defendant Khalilah Fuller is presently serving a county jail sentence but is expected to be released in about a month. A longer extension of time is also necessary because undersigned counsel will be in trial in a complex case commencing March 10.

    The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of this order through May 11, 2009,

1  pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                    Respectfully Submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:   February 19, 2009       /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for JACQUELINE CRAFT
8

9                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
10

11 Dated:   February 19, 2009       /s/ T. Zindel for
                                     RUSSELL CARLBERG
12                                   Assistant U.S. Attorney

13
   Dated:   February 19, 2009       /s/ T. Zindel for
14                                   SCOTT CAMERON
                                     Counsel for MAISHA PEARL JONES
15

16 Dated:   February 19, 2009       /s/ T. Zindel for
                                     LINDSAY WESTON
17                                   Counsel for KHALILAH LATOYA FULLER

18
                                **O R D E R**
19
       The status conference is continued to May 11, 2009 at 10:00 a.m. The
20
   court finds that a continuance is necessary for the reasons stated above
21
   and further finds that the ends of justice served by granting a
22
   continuance outweigh the best interests of the public and the defendant
23
   in a speedy trial.  Time is therefore excluded from the date of this
24
   order through May 11, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
25
   (B)(iv).
26
       IT IS SO ORDERED.
27
   Dated:   February 19, 2009       _____
28                                   FRANK C. DAMRELL, JR.
                                     United States District Judge

Stip & Order                    -2-