```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JACQUELINE CRAFT

 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:08-CR-0145 FCD
                                   )
14              Plaintiff,         ) AMENDED
                                   ) STIPULATION AND ORDER
15       v.                        ) CONTINUING STATUS CONFERENCE
                                   ) AND EXCLUDING TIME
16  JACQUELINE CRAFT aka Jackie    )
    Craft, and KHALILAH LATOYA     ) Date:  May 11, 2009
17  FULLER,                        ) Time:  10:00 a.m.
                                   ) Judge: Frank C. Damrell, Jr.
18              Defendants.        )
                                   )
19  _____)
                                   )
20
```

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for May 11, 2009 may be continued to July 13, 2009 at 10:00 a.m.

Defense Counsel is currently in a lengthy complex jury trial during May and June. Also, co-defendant Khalilah Fuller is still serving a county jail sentence.

The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of this order through July 13, 2009,

pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: May 7, 2009                  /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JACQUELINE CRAFT


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: May 7, 2009                  /s/ T. Zindel for
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney


Dated: May 7, 2009                  /s/ T. Zindel for
                                    LINDSAY WESTON
                                    Counsel for KHALILAH LATOYA FULLER

# O R D E R

The status conference is continued to July 13, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 7, 2009

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE