```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JACQUELINE CRAFT

 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:08-CR-0145 FCD
                                   )
14            Plaintiff,           )
                                   )  STIPULATION AND ORDER
15       v.                        )  CONTINUING STATUS CONFERENCE
                                   )  AND EXCLUDING TIME
16  JACQUELINE CRAFT aka Jackie    )
    Craft, and KHALILAH LATOYA     )  Date:  July 13, 2009
17  FULLER,                        )  Time:  10:00 a.m.
                                   )  Judge: Frank C. Damrell, Jr.
18            Defendants.          )
                                   )
19                                 )
    _____)
20
```

21      IT IS HEREBY STIPULATED AND AGREED between the parties, through
22 undersigned counsel, that the status conference scheduled for July 13,
23 2009 may be continued to September 14, 2009 at 10:00 a.m.
24      Counsel for both defendants seek additional time to consult with
25 their clients before the case is resolved.
26      The parties therefore agree that time under the Speedy Trial Act
27 should be excluded from the date of this order through September 14,
28

2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
Federal Defender

Dated: July 8, 2009        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JACQUELINE CRAFT

                                        LAWRENCE G. BROWN
Acting United States Attorney

Dated: July 8, 2009        /s/ T. Zindel for
RUSSELL CARLBERG
Assistant U.S. Attorney

Dated: July 8, 2009        /s/ T. Zindel for
LINDSAY WESTON
Counsel for KHALILAH LATOYA FULLER

### O R D E R

The status conference is continued to September 14, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 14, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 8, 2009

                                        FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                        -2-