LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
KHALILAH LATOYA FULLER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JACQUELINE CRAFT and KHALILAH<br><br>FULLER, et. al.,<br><br>　　　　Defendants. | Case No.:  CR. S-08-145  FCD<br><br>STIPULATION AND ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME |

　　　　It is hereby stipulated and agreed to between the United States of America through Russell Carlberg, Assistant United States Attorney; defendant, Jacqueline Craft, through her counsel, Assistant Federal Defender Timothy Zindel, and; defendant, Khalilah Fuller, through her counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for September 14, 2009, at 10:00 a.m. be continued to October 13, 2009, at 10:00 a.m.

　　　　Counsel for both defendants are seeking resolution of the case and need additional time to meet with their clients and engage in plea negotiations with the government

　　　　The parties therefore agree that the period from September 14, 2009, (the date currently set for the status conference) through and including October  13, 2009, be excluded in computing

- 1

the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  September 10, 2009            Respectfully submitted,

                                                    */s/Lindsay Weston*
                                                    _____
                                                    LINDSAY ANNE WESTON
                                                    Attorney for Defendant
                                                    KHALILAH FULLER

                                                  */s/ Lindsay Weston* for
                                                    _____
                                                    TIMOTHY ZINDEL
                                                    Attorney for Defendant
                                                    JACQUELINE CRAFT

Date: September 10, 2009              LAWRENCE G. BROWN
                                                    Acting United States Attorney

                                                  */s/ Lindsay Weston* for
                                                   _____
                                                   RUSSELL CARLBERG
                                                   Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 10, 2009             _/s/ Frank C. Damrell, Jr._____
                                                   FRANK C. DAMRELL, JR.
                                                   UNITED STATES DISTRICT JUDGE