```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JACQUELINE CRAFT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0145 FCD |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| JACQUELINE CRAFT and | ) |
| KHALILAH LATOYA FULLER, | ) |
|  | ) Date: October 13, 2009 |
| Defendants. | ) Time: 10:00 a.m. |
|  | ) Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for October 13, 2009, may be continued to November 2, 2009, at 10:00 a.m.

The parties anticipate resolving the case by plea agreement or setting it for trial at the next status conference. The government this week provided defendant Craft with a new plea agreement and was set to do the same as to defendant Fuller. Counsel for both defendants seek time to review the new proposals with their clients. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the

date of this order through November 2, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:   October 8, 2009            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JACQUELINE CRAFT


                                    LAWRENCE G. BROWN
                                    United States Attorney


Dated:   October 8, 2009            /s/ T. Zindel for R. Carlberg
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney



Dated:   October 8, 2009            /s/ T. Zindel for L. Weston
                                    LINDSAY WESTON
                                    Counsel for KHALILAH LATOYA FULLER
```

**O R D E R**

The status conference is continued to November 2, 2009, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 2, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 09, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                               -2-