1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACQUELINE CRAFT
6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,        )  No. 2:08-CR-0145 FCD
                                     )
12                 Plaintiff,        )
                                     )  **STIPULATION AND ORDER**
13       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
14  JACQUELINE CRAFT and             )
    KHALILAH LATOYA FULLER,          )
15                                   )  Date:  November 2, 2009
                   Defendants.       )  Time:  10:00 a.m.
16                                   )  Judge: Frank C. Damrell, Jr.
    _____)
17

18       IT IS HEREBY STIPULATED AND AGREED between the parties, through

19  undersigned counsel, that the status conference scheduled for November 2,

20  2009, may be continued to December 14, 2009, at 10:00 a.m.

21       The parties anticipate resolving the case by plea agreement at the

22  next status conference, but defense counsel have requested changes to the

23  existing proposals requiring additional review by government counsel.

24  Time is also needed for defense counsel to review the final agreements

25  with their clients, who have difficulty traveling.  Defendant Fuller is

26  blind, so that counsel must personally read all materials to her.

27  Counsel for both defendants seek additional time to review the agreements

28  with their clients when they are completed.  Accordingly, the parties

1  agree that time under the Speedy Trial Act should be excluded from the

2  date of this order through December 14, 2009, pursuant to Title 18,

3  United States Code, Section 3161(h)(7)(A) and (B)(iv).

4                                      Respectfully Submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7  Dated:   October 28, 2009           /s/ T. Zindel
                                       TIMOTHY ZINDEL
8                                      Assistant Federal Defender
                                       Attorney for JACQUELINE CRAFT
9

10                                     LAWRENCE G. BROWN
                                       United States Attorney
11

12 Dated:   October 28, 2009           /s/ T. Zindel for R. Carlberg
                                       RUSSELL CARLBERG
13                                     Assistant U.S. Attorney

14

15 Dated:   October 28, 2009           /s/ T. Zindel for L. Weston
                                       LINDSAY WESTON
16                                     Counsel for KHALILAH LATOYA FULLER

17

18                             **O R D E R**

19      The status conference is continued to December 14, 2009, at 10:00

20 a.m.   The court finds that a continuance is necessary for the reasons

21 stated above and further finds that the ends of justice served by

22 granting a continuance outweigh the best interests of the public and the

23 defendant in a speedy trial.   Time is therefore excluded from the date of

24 this order through December 14, 2009, pursuant to 18 U.S.C. §

25 3161(h)(7)(A) and (B)(iv).

26      IT IS SO ORDERED.

27 Dated:   October 28, 2009

28                                     _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE