DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACQUELINE CRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JACQUELINE CRAFT and<br>KHALILAH LATOYA FULLER,<br><br>           Defendants.<br>_____ | No. 2:08-CR-0145 FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  December 14, 2009<br>Time:  10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for December 14, 2009, may be continued to January 25, 2010, at 10:00 a.m.

    The parties anticipate resolving the case by plea agreement at the next status conference, but defense counsel have requested changes to the existing proposals requiring additional review by government counsel. Time is also needed for defense counsel to review the final agreements with their clients, who have difficulty traveling. Defendant Fuller is blind, so that counsel must personally read all materials to her. Counsel for both defendants seek additional time to review the agreements with their clients when they are completed. Accordingly, the parties

1  agree that time under the Speedy Trial Act should be excluded from the
2  date of this order through January 25, 2010, pursuant to Title 18, United
3  States Code, Section 3161(h)(7)(A) and (B)(iv).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  December 9, 2009                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JACQUELINE CRAFT


                                        BENJAMIN WAGNER
                                        United States Attorney


Dated:  December 9, 2009                /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney



Dated:  December 9, 2009                /s/ T. Zindel for L. Weston
                                        LINDSAY WESTON
                                        Counsel for KHALILAH LATOYA FULLER


**O R D E R**

The status conference is continued to January 25, 2010, at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 9, 2009

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE