DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACQUELINE CRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-0145 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JACQUELINE CRAFT and ) | |
| KHALILAH LATOYA FULLER, ) | |
| ) | Date:  January 25, 2010 |
| Defendants. ) | Time:  10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for January 25, 2010, may be continued to March 1, 2010, at 10:00 a.m.

The parties anticipate resolving the case by plea agreement but continue to make changes to the proposed plea agreement. Counsel for Ms. Craft met recently with Probation for assistance in resolving outstanding issues. The parties anticipate resolving the remaining issues soon, with Time needed for defense counsel to review the final agreements with their clients, who have difficulty traveling; defendant Fuller is also blind. So that these tasks may be completed, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through March 1, 2010, pursuant to Title 18, United States Code, Section
2  3161(h)(7)(A) and (B)(iv).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   January 21, 2010               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JACQUELINE CRAFT


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   January 21, 2010               /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney


Dated:   January 21, 2010               /s/ T. Zindel for L. Weston
                                        LINDSAY WESTON
                                        Counsel for KHALILAH LATOYA FULLER


# **O R D E R**

The status conference is continued to March 1, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 1, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:   January 21, 2010               _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE