```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JACQUELINE CRAFT
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:08-CR-0145 FCD
                                  )
14                  Plaintiff,    )
                                  ) STIPULATION AND ORDER
15       v.                       ) CONTINUING STATUS CONFERENCE
                                  ) AND EXCLUDING TIME
16  JACQUELINE CRAFT and          )
    KHALILAH LATOYA FULLER,       )
17                                ) Date:  March 1, 2010
                    Defendants.   ) Time:  10:00 a.m.
18                                ) Judge: Frank C. Damrell, Jr.
    _____ )
19
```

20      IT IS HEREBY STIPULATED AND AGREED between the parties, through
21 undersigned counsel, that the status conference scheduled for March 1,
22 2010, may be continued to March 15, 2010, at 10:00 a.m.

23      Counsel have resolved two of the three issues relative to sentencing
24 but the defense seeks additional information from the case agent relative
25 to the remaining issue. To afford time to complete this task, the
26 parties agree that time under the Speedy Trial Act should be excluded

27 / / /

28 / / /

1  from the date of this order through March 15, 2010, pursuant to Title 18,
2  United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:   February 25, 2010          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JACQUELINE CRAFT


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:   February 25, 2010          /s/ T. Zindel for R. Carlberg
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney



Dated:   February 25, 2010          /s/ T. Zindel for L. Weston
                                    LINDSAY WESTON
                                    Counsel for KHALILAH LATOYA FULLER



**O R D E R**

The status conference is continued to March 15, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: February 25, 2010

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

Stip & Order                        -2-