1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JACQUELINE CRAFT
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. 2:08-CR-0145 FCD
                                    )
14                Plaintiff,        )
                                    )  **STIPULATION AND ORDER**
15      v.                          )  **CONTINUING STATUS CONFERENCE**
                                    )  **AND EXCLUDING TIME**
16 JACQUELINE CRAFT and             )
   KHALILAH LATOYA FULLER,          )
17                                  )  Date:  March 15, 2010
                  Defendants.       )  Time:  10:00 a.m.
18                                  )  Judge: Frank C. Damrell, Jr.
   _____)
19

20

21      IT IS HEREBY STIPULATED AND AGREED between the parties, through

22 undersigned counsel, that the status conference scheduled for March 15,

23 2010, may be continued to April 26, 2010, at 10:00 a.m.

24      Counsel have resolved two of three issues relative to sentencing but

25 the defense seeks time to review additional information provided last

26 week by government counsel.  Counsel for Ms. Craft will be unavailable

27 from March 18 to April 12 but expects to complete his review upon his

28 return to work.  To afford time to complete this task, and to afford

continuity of counsel for defendant Craft, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through April 26, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:   March 10, 2010             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JACQUELINE CRAFT


Dated:   March 10, 2010             /s/ T. Zindel for L. Weston
                                    LINDSAY WESTON
                                    Counsel for KHALILAH LATOYA FULLER

                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:   March 10, 2010             /s/ T. Zindel for R. Carlberg
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to April 26, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   March 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE