```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACQUELINE CRAFT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0145 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME AS TO DEFENDANT CRAFT** |
| JACQUELINE CRAFT and KHALILAH LATOYA FULLER, | |
| Defendants. | Date: April 26, 2010<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for April 26, 2010, may be continued to May 10, 2010, at 10:00 a.m., as to defendant Jacqueline Craft.

Counsel for the United States is redrafting the proposed plea agreement in response to changes requested by counsel for Ms. Craft, but there is insufficient time for the agreement to be rewritten and reviewed before the April 26 status conference. The parties expect to finalize the agreement this week and defense counsel will review the written agreement with Ms. Craft next week, with Ms. Craft to plead on May 10

(defense counsel is unavailable on May 3).  So that these tasks may be completed, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through May 10, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  April 21, 2010    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JACQUELINE CRAFT


BENJAMIN B. WAGNER
United States Attorney

Dated:  April 21, 2010    /s/ T. Zindel for R. Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney


**O R D E R**

The status conference is continued to May 10, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 22, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                -2-