```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JACQUELINE CRAFT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0145 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **STATUS CONFERENCE AND EXCLUDING** |
|  | ) **TIME** |
| JACQUELINE CRAFT and | ) |
| KHALILAH LATOYA FULLER, | ) |
|  | ) Date:  May 10, 2010 |
| Defendants. | ) Time:  10:00 a.m. |
|  | ) Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for May 10, 2010, may be continued to July 26, 2010, at 10:00 a.m.

The parties continue to negotiate a resolution of the case. Defendant seeks additional time to consider the resolution proposed by the government and to discuss the government's proposal with Ms. Craft. So that these tasks may be completed, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through July 26, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: May 4, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JACQUELINE CRAFT

Dated: May 4, 2010                /s/ T. Zindel for Lindsey Weston
                                        LINDSAY WESTON
                                        Attorney for KHALILAH LATOYA FULLER


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May 4, 2010                /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 26, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

Dated: May 5, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                      -2-