```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JACQUELINE CRAFT
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0145 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **JUDGMENT AND SENTENCING AND AMEND** |
| | ) | **BRIEFING SCHEDULE** |
| JACQUELINE CRAFT, | ) | |
| | ) | |
| Defendant. | ) | Date: March 17, 2011 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Kimberly J. Mueller |
| | ) | |

It is hereby stipulated between the parties, through their respective attorneys and probation, that the Judgment and Sentencing hearing date of March 17, 2011 be vacated and a new Judgment and Sentencing hearing date of March 24, 2011 at 10:00 a.m. be set.

All parties are in agreement to continue the judgment and sentencing hearing for defendant to allow sufficient time to draft objections to the presentence investigation report.

///

///

1  The new briefing schedule will be as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Objections to PSR | 02/17/11 | 02/24/11 |
| PSR | 02/24/11 | 03/03/11 |
| Motion/Correct PSR | 03/03/11 | 03/10/11 |

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 16, 2011    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JACQUELINE CRAFT


BENJAMIN B. WAGNER
United States Attorney

Dated:  February 16, 2011    /s/ T. Zindel for R. Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated:  February 25, 2011.

_____
UNITED STATES DISTRICT JUDGE