```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JACQUELINE CRAFT
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0145 KJM |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **MODIFYING JUDGMENT** |
|  | ) |
| JACQUELINE CRAFT, | ) |
|  | ) |
| Defendant. | ) Judge: Kimberly J. Mueller |

It is hereby stipulated between the parties, through their respective attorneys, that the Order on Judgment and Sentence imposed March 31, 2011, may be modified to provide that restitution of $84,000.11 shall be paid "jointly and severally with co-defendants Jennifer Miller and Maisha Jones."

/////

/////

/////

1    Language providing for the joint-and-several payment of restitution
2 was inadvertently omitted from the final presentence report.  Counsel for
3 the parties have conferred with the probation officer and all agree that
4 the judgment should be modified as set forth above.

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  April 4, 2011               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JACQUELINE CRAFT


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  April 4, 2011               /s/ T. Zindel for R. Carlberg
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney



**O R D E R**

   The judgment imposed March 31, 2011, is hereby modified to provide that defendant Jacqueline Craft shall pay restitution jointly and severally with co-defendants Jennifer Miller and Maisha Jones.

   **IT IS SO ORDERED.**

Dated:  April 5, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE