```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JACQUELINE CRAFT
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0145 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** <br> ) **EXTENDING SURRENDER DATE** |
| JACQUELINE CRAFT, | ) |
| Defendant. | ) Judge: Kimberly J. Mueller |

It is hereby stipulated between the parties, through their respective attorneys, that the date for Ms. Craft to surrender to serve her sentence (August 9, 2011) may be continued two weeks to August 23, 2011.

After sentencing, Ms. Craft suffered a stroke. She is scheduled for surgery today and her recovery period is presently unknown to the undersigned. She was moved last month from Sutter-Solano Medical Center to Sonoma Rehab Care Center and remains in contact with Pretrial Services

1  and defense counsel.  Her medical condition makes it likely she will
2  request another extension of her surrender date, but counsel have agreed
3  to seek short extensions in order to keep abreast of her condition.  Time
4  may also be needed to ask for Bureau of Prisons to re-designate her to a
5  medical facility to serve the sentence.  The parties intend to update the
6  Court by further filing as soon as her condition is known.

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

10 Dated:  August 2, 2011              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JACQUELINE CRAFT


                                        BENJAMIN B. WAGNER
                                        United States Attorney


15 Dated:  August 2, 2011              /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney


                              **O R D E R**

19    The date for defendant's surrender is hereby continued two weeks to
20 August 23, 2011, by 2:00 p.m.  All other orders remain in effect.
21    **IT IS SO ORDERED.**
22 Dated: August 4, 2011.

                                        _____
                                        UNITED STATES DISTRICT JUDGE