```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Assistant Federal Defender
801 I Street, Bar #158377
Assistant Federal 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700


Attorney for Defendant
JACQUELINE CRAFT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00145 KJM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **EXTENDING SURRENDER DATE** |
| ) | |
| JACQUELINE CRAFT, ) | |
| ) | |
| Defendant. ) | Judge: Kimberly J. Mueller |
| _____ ) | |

It is hereby stipulated between the parties, through their respective attorneys, that the date for Ms. Craft to surrender to serve her sentence (August 23, 2011) may be continued five weeks to September 27, 2011.

Ms. Craft had surgery two weeks ago and is presently recovering at Sonoma Healthcare Center in Sonoma. She remains in contact with Pretrial Services and defense counsel. The length of her recovery is not yet known. In the meantime, the Marshal has also asked (on behalf of the Bureau of Prisons) for her medical records to determine whether she

should be re-designated to a medical facility.  Defense counsel is presently obtaining the records to provide to BOP and will update the Court about Ms. Craft's condition by status memo or stipulation and order prior to the rescheduled surrender date.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 19, 2011        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JACQUELINE CRAFT


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  August 19, 2011        /s/ T. Zindel for R. Carlberg
                               RUSSELL CARLBERG
                               Assistant U.S. Attorney

**O R D E R**

The date for defendant's surrender is hereby continued five weeks to September 27, 2011, by 2:00 p.m.  All other orders remain in effect.

**IT IS SO ORDERED.**

Dated: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE