```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street,
    Assistant Federal 3rd Floor
 4  Sacramento, California   95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JACQUELINE CRAFT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>         v.                      )<br>                                 )<br>JACQUELINE CRAFT,                )<br>                                 )<br>              Defendant.         )<br>_____ ) | No. 2:08-cr-00145 KJM<br><br>**STIPULATION AND ORDER**<br>**EXTENDING SURRENDER DATE**<br><br>Judge: Kimberly J. Mueller |

It is hereby stipulated between the parties, through their respective attorneys, that the date for Ms. Craft to surrender to serve her sentence (September 26, 2011) may be continued three weeks to October 18, 2011.

Ms. Craft was recently released from Sonoma Healthcare Center in Sonoma. Since her release, the Marshal's Office has received(on behalf of the Bureau of Prisons) her medical records and based on her medical condition, BOP needed additional time to determine which medical facility that she should be re-designated to. The Bureau of Prisons has designated

Victorville as the facility where Ms. Craft is to turn herself in. Victorville is not a medical facility.  Defense counsel has contacted the prosecutor and provided the above information.  The government has no objection to this request.

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   September 26, 2011     /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JACQUELINE CRAFT

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   September 26, 2011     /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney

**O R D E R**

The date for defendant's surrender is hereby continued three weeks to October 18, 2011, by 2:00 p.m.  All other orders remain in effect.

**IT IS SO ORDERED.**

Dated:   September 27, 2011.

_____
UNITED STATES DISTRICT JUDGE