AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**JACQUELINE CRAFT**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Criminal Number: **2:08CR00145-01**

Defendant's Attorney: Toni LaShay White, Appointed

**THE DEFENDANT:**

[ ]   admitted guilt to violation of charge(s) ___ as alleged in the violation petition filed on ___.

[✓]   was found in violation of condition of supervision as to charge __1__ after denial of guilt, as alleged in the violation petition
filed on __12/4/2014__.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Participate In RRC as Directed | 12/01/2014 |

The court:  [✓] revokes:  [ ] modifies:  [ ] continues: conditions of supervision heretofore ordered on __3/31/2011__.

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect and shall be paid through the Bureau of Prisons Inmate Financial Responsibility Program of not less than $25.00 per quarter.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**4/22/2015**
Date of Imposition of Sentence

Signature of Judicial Officer
**Kimberly J. Mueller**, United States District Judge
Name & Title of Judicial Officer
4/28/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 2 - Imprisonment

DEFENDANT:**JACQUELINE CRAFT**                                                                                    Page 2 of 2
CASE NUMBER:**2:08CR00145-01**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
<u>6 months with no term of supervised release to follow</u>.

[ ]     No TSR: Defendant shall cooperate in the collection of DNA.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[ ]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district

    [ ]        at ____ on ____.
    [ ]        as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]        before ____ on ____.
    [ ]        as notified by the United States Marshal.
    [ ]        as notified by the Probation or Pretrial Services Officer.

    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.


                                      _____

                                      United States Marshal

                                      _____

                                      By Deputy United States Marshal