MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE CRAFT, and<br>KHALILAH FULLER,<br><br>Defendants. | CASE NO. 2:08-CR-145-KJM<br><br>ORDER TO DISTRIBUTE RESTITUTION FUNDS |

Upon a motion of the United States and for the reasons set forth in that motion, the Court finds that defendants Jacqueline Craft and/or Khalilah Fuller have paid a portion of the restitution sum set forth in their respective judgments. ECF Nos. 127 and 153. The Court hereby orders the Clerk of the Court to distribute those restitution funds to the victims identified in the judgments for defendants Craft and Fuller.

The Court further orders the Clerk of the Court to treat defendants Jacqueline Craft and Khalilah Fuller as subject to joint and several liability for the purpose of distributing restitution funds to the victims in this case.

/////

/////

ORDER TO DISTRIBUTE RESTITUTION FUNDS       1

1    This order affects only the entries in the Clerk's internal tracking system and amends no
2 judgment.  The Clerk shall notify the United States and the Court if any victim ever receives the full
3 amount set forth in the restitution orders.
4    SO ORDERED.
5 DATED: January 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE